FILED _____ LODGED
_____ RECEIVED

AUG 2 2 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

U.S. DISTRICT JUDGE RONALD B. LEIGHTON
U.S. MAGISTRATE JUDGE KAREN L. STROMBOM

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHELLE D. BARRETT,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant, | DISTRICT COURT<br>CASE NO.  C11-5664-RBL-KLS<br><br>**PROPOSED**<br>ORDER FOR ATTORNEY'S<br>FEES AND EXPENSES UNDER<br>EQUAL ACCESS TO JUSTICE ACT |

11-CV-05664-ORD

It is hereby **ORDERED** that Plaintiff is awarded attorney fees in the amount of $5,128.75 and expenses in the amount of $52.86 for postage and legal messenger services, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.  Payment of this award shall be made via check sent to Joseph B. Lavin's address: Joseph B. Lavin, Attorney at Law, 101 E. 5th St., Port Angeles, Washington, 98362, and payable to Joseph B. Lavin, Attorney at Law.

DATED this ___22___ day of ___August___, 2012.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

DATED:   August 7, 2012

s/Joseph B. Lavin
JOSEPH B. LAVIN, W.S.B.A #11680
Attorney for Plaintiff
101 E. Fifth St.
Port Angeles, WA 98362
Telephone:   360-457-5763
Fax:  360-457-5919
E-mail:  joseph.lavin@tfon.com
joelavin@tfon.com

Order For Attorney's Fees and Expenses Under
Equal Access To Justice Act

Joseph B. Lavin
Attorney at Law
101 E. Fifth St
Port Angeles, WA 98362
360-457-5763
Fax:  360-457-5919